Dismissed and Memorandum Opinion filed May 22, 2003









Dismissed and Memorandum Opinion filed May 22, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-01-00218-CV

____________

 

ESTHER
ANDERSON, AS SUCCESSOR ADMINISTRATRIX OF THE ESTATE OF SHELBY E. SNOW, JR.,
AMANDA WOMACK AS NEXT FRIEND OF CHELSEA NICOLE SNOW, DELORES STRINGHAM SNOW,
SHELBY E. SNOW, SR., and MARLENE DENNISON, Appellants

 

V.

 

AMF
BOWLING PRODUCTS, INC., AMF BOWLING CENTERS, INC., ALPHA BOWL, and AMF ALPHA
LANE #415, Appellees

 



 

On Appeal from the Probate Court No. 1

Harris
County, Texas

Trial Court Cause No. 298,279-402

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 30,
2000.  On August 31, 2001, appellee, AMF Bowling Products, Inc., filed a petition for
bankruptcy in the United States Bankruptcy Court of the Eastern District of
Virginia, Richmond Division.  Upon notification
of this filing, this court issued an order on September 6, 2001, staying all
proceedings in the appeal and ordering the cause abated.








On May 13, 2003, the parties filed a joint motion to dismiss
the appeal because a settlement agreement has been reached by appellees and appellants, Esther Anderson, as Successor Administratrix of the Estate of Shelby E. Snow, Jr., Amanda
Womack as next friend of Chelsea Nicole Snow, Delores Stringham
Snow, and Shelby E. Snow, Sr.  Appellant
Marlene Dennison no longer wishes to pursue this appeal.  See Tex.
R. App. P. 42.1.  We lift the stay
entered on September 6, 2001, and grant the joint motion.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 22, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.